# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| JEREMY M. CARTER, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:16-cv-11 |
| | * | |
| v. | * | |
| | * | |
| WARDEN J.V. FLOURNOY, | * | |
| | * | |
| Respondent. | * | |

## ORDER

The Court has conducted an independent and *de novo* review of the entire record and concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 13. Petitioner Jeremy Carter ("Carter") did not file Objections to this Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Carter's Petition, **DIRECTS** the Clerk of Court to **CLOSE** this case and to enter the appropriate judgment of dismissal, and **DENIES** Carter *in forma pauperis* status on appeal.

**SO ORDERED**, this 14 day of January, 2019.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)